**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7771**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OKECHUKWU UDUKO,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-91-308-HAR)

―――――――――

Submitted:  April 16, 1998          Decided:  July 24, 1998

―――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Okechukwu Uduko, Appellant Pro Se.  Brent Jefferson Gurney, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for new trial pursuant to Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Uduko</u>, No. CR-91-308-HAR (D. Md. Nov. 1, 1996). We deny Appellant's motion for certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>